In the Matter of GLEN MARTINEZ, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, New York State Department of Correctional Services, Respondent. [773 NYS2d 697]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, entered October 8, 2003 in Orleans County [James P. Punch, A.J.]) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Pigott, Jr., P.J., Green, Wisner, Hurlbutt and Gorski, JJ.